UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BONNIE LOUISE AGEE,

    Plaintiff,

v.                                                     Case No: 8:16-cv-84-T-36TBM

NORA LETO,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on January 14, 2016 (Doc. 3). In the Report and Recommendation, Magistrate Judge McCoun recommends that the Court DISMISS the Complaint (Doc. 1), and DENY without prejudice Plaintiff's motion to proceed *in forma pauperis* (Doc. 2). Magistrate Judge McCoun also recommends that the Court grant Plaintiff permission to file an Amended Complaint. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)   Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice.**  Plaintiff is granted leave to file an Amended Complaint which clearly sets forth a cause of action cognizable in this Court, consistent with the pleading requirements of the Federal Rules of Civil Procedure, within **twenty-one (21) days** of this Order. Plaintiff's failure to file an Amended Complaint within the time provided may result in dismissal of this action without further notice.

(3)   Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 2) **is DENIED without prejudice**.

**DONE AND ORDERED** at Tampa, Florida on February 2, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record